FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 08, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNIBEST INTERNATIONAL LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WINFIELD SOLUTIONS LLC,<br><br>　　　　　　Defendant. | No. 4:16-CV-05031-EFS<br><br>**ORDER DISMISSING CASE** |

On March 5, 2018, the parties filed a Stipulation for Order of Dismissal with Prejudice, ECF No. 64. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

　　**1.**　The parties' Stipulation for Order of Dismissal with Prejudice, **ECF No. 64**, is **GRANTED.**

　　**2.**　All claims are **DISMISSED WITH PREJUDICE,** with each party to bear its own costs and attorney fees.

　　**3.**　All pending motions are **DENIED AS MOOT.**

　　**4.**　All hearings and other deadlines are **STRICKEN.**

　　**5.**　The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this __8th__ day of March 2018.

　　　　　　　　　　__s/Edward F. Shea____
　　　　　　　　　　　EDWARD F. SHEA
　　　　　　　Senior United States District Judge

Q:\EFS\Civil\2016\16-CV-5031;ord.grant.stip.mot.dismiss.lc02.docx

ORDER DISMISSING CASE - 1